IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

           Plaintiff,

    v.

STEVENSON,

           Defendant.

Case No.  21-cr-00018-CRB-1

**ORDER GRANTING MOTION FOR RELIEF FROM ORDER ASSESSING COSTS**

Defendant's former counsel Jeremy Ross and Ryan D'Ambrosio asked this Court to set aside its April 21, 2025 order assessing costs and fees against them based on their delay and mismanagement of the production of materials related to their representation to Robert Waggener, Defendant's post-trial counsel.  Dkt. 250.  The Court **GRANTS** the motion. All relevant counsel—Ross, D'Ambrosio, and Waggener—shall appear in-person on May 26, 2026 at 10 AM for a hearing on sanctions.

    **IT IS SO ORDERED.**

    Dated: May 8, 2026

CHARLES R. BREYER
United States District Judge